Evaluation Only. Created with Aspose.Pdf. Copyright 2002-2021 Aspose Pty Ltd.

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401682 JUL. 27. 2015

7/20/2015
**Guardiola, Patrick Anthony** Tr. Ct. No. 1202394-A          **WR-74,047-05**
On this day, the supplemental clerk's record, in response to the order issued by this
Court, has been received and presented to the Court.

Abel Acosta, Clerk

PATRICK ANTHONY GUARDIOLA
~~MARLIN UNIT~~ TDC #1644751
~~2309 STATE HWY 6~~
~~MARLIN, TX 76661-0000~~

RTS-
Released

N3B 76661